CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 27 2010

JULIA C. DUDLEY, CLERK
BY: /s/ Kay Surman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Violation No. 7:10-PO-256 |
| | ) | |
| RICHARD JUSTUS | ) | |

## ORDER TO DISMISS VIOLATION

And now, this 27th day of August, 2010 the within motion is granted and it is hereby ORDERED and DECREED that the Violation, be and the same is hereby DISMISSED, without prejudice, in the interest of justice.

ENTERED this 27th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE